

FILED

MAR 25 2011

CLERK, U
EASTERN DIS... COURT
BY _____ CALIFORNIA
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street
   Room 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,      )   1:11-MJ-00053 SMS
9                                 )
                Plaintiff,        )
10                                )
                v.                )
11                                )   REQUEST BY THE UNITED
   YASSIN ALI SHAW                )   STATES TO UNSEAL CASE
12                                )
                Defendant.        )
13 _____)

        Comes now the United States, by and through its attorneys of
14
   record, McGregor W. Scott, United States Attorney, and Kimberly
15
   A. Sanchez, Assistant United States Attorney, and request the
16
   Court to unseal the above-captioned matter.
17
   DATED: March 25, 2011              Respectfully submitted,
18
                                      BENJAMIN B. WAGNER
19                                    United States Attorney

20
                                By   /s/Kimberly A. Sanchez
21                                   KIMBERLY A. SANCHEZ
                                     Assistant U.S. Attorney
22
   **IT IS SO ORDERED:**
23
   DATED: March 25, 2011
24
                                     Hon. SANDRA M. SNYDER
25                                   U.S. Magistrate Judge

26

27

28

                                    1