1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CASE NO. 1:11-CR-00133 LJO
                                 )
12                  Plaintiff,   )  STIPULATION AND
                                 )  ORDER FOR CONTINUANCE OF STATUS
13  v.                           )  CONFERENCE (NOTE TIME)
                                 )
14  YASSIN SHAW,                 )
                                 )
15                  Defendant.   )
                                 )
16  _____ )

17      IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

18  United States Attorney and Kimberly A. Sanchez, Assistant U.S.

19  Attorney and Marc Days, attorney for Yassin Shaw, that the status

20  conference set for January 9, 2012 be continued to March 5, 2012 at

21  9:00 a.m.  The undersigned Assistant U.S. Attorney is scheduled to

22  appear before the 9th Circuit Court of Appeals for oral argument at

23  9:30 a.m. on January 9, 2012.  The parties further request the Court

24  to enter an Order finding that the "ends of justice" served by a

25  continuance outweigh the interest of the public and the defendant in

26  a speedy trial, and that the delay occasioned by such continuance is

27  excluded from the Act's time limits pursuant to 18 U.S.C. §

28  3161(h)(8)(A).

1

```
Dated: January 6, 2012              Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                              By    /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant U.S. Attorney

Dated: January 6, 2012              /s/ Marc Days
                                    MARC DAYS
                                    Attorney for Yassin Shaw
```

Good Cause exists.  Time is excluded pursuant to agreement.
Continued to March 5, 2012 at 2:00 p.m.


IT IS SO ORDERED.

**Dated:   January 6, 2012**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE