DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
YASSIN ALI SHAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00133 LJO |
| | ) | |
| *Plaintiff*, | ) | **APPLICATION FOR ORDER** |
| | ) | **EXONERATING BOND AND FOR** |
| v. | ) | **RECONVEYANCE OF REAL PROPERTY;** |
| | ) | **ORDER THEREON** |
| YASSIN ALI SHAW, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| _____ | ) | |

        Defendant Yassin Ali Shaw hereby moves this court for an order to exonerate the bond and

reconvey real property in the above-captioned case.

        On April 29, 2011, Defendant Yassin Ali Shaw, appeared in this matter before the Honorable

Dennis L. Beck, United States Magistrate Judge, and was ordered released from custody under the

supervision of Pretrial Services and a full equity property bond. A certified deed of trust **(2011-0027508)**

was posted on behalf of Yassin Ali Shaw on May 16, 2011.

        On August 6, 2012, Defendant Shaw appeared before the Honorable Lawrence J. O'Neill, United

States District Court Judge, for judgment and sentencing and is currently serving a term of supervised

release. As the requirements of pretrial release were satisfied, Defendant Shaw requests that the court

///

///

1

1   exonerate the bond set by this court and reconvey title to the real property securing the bond, located at

2   1690 Trebbiano Street, Tulare, CA 93274,  to Madram Shuaibi and Eshrak Shuaibi, husband and wife.

3          DATED:  January 19, 2012                    Respectfully submitted,

4                                                      DANIEL J. BRODERICK
                                                       Federal Defender

5

6                                                       /s/ Marc Days
                                                       _____
7                                                      MARC DAYS
                                                       Assistant Federal Defender
8                                                      Attorney for Defendant
                                                       YASSIN ALI SHAW
9

10

11

12

13                              **O R D E R**

14         **T**he bond in the above-captioned case is exonerated and title to the real property securing said

15   bond, located at 1690 Trebbiano Street, Tulare, CA 93274, is reconveyed  to Madram Shuaibi and Eshrak

16   Shuaibi, husband and wife.

17
                                                       IT IS SO ORDERED.
18
    **Dated:    August 18, 2012**           _____
19                                          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28