HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00133-1 LJO |
| Plaintiff, | APPLICATION AND [PROPOSED] ORDER RE-APPOINTING CJA PANEL COUNSEL MARC DAYS |
| vs. | |
| YASSIN ALI SHAW, | |
| Defendant. | |

The defendant, Yassin Ali Shaw, through the Federal Defender for the Eastern District of California, hereby requests re-appointment of CJA Panel Counsel, Marc Days, for the purpose of seeking early termination of his term of supervised release.

The defendant submits the attached Financial Affidavit as evidence of his inability to retain counsel. On March 31, 2011, Mr. Shaw was charged with a violation of 21 U.S.C. § 841(a)(1) ~ Distribution of Methamphetamine and Distribution and Possession with Intent to Distribute Methamphetamine (Doc.10). On April 2, 2012, defendant pled guilty to Count 1-6 & 7. On August 6, 2012, defendant was sentenced to time served, $700 special assessment, and 135 months supervised release. To that end, Mr. Shaw wishes to seek early termination of his term of supervised release.

///

//

/

Therefore, after reviewing his Financial Affidavit, and for continuity of counsel, it is respectfully recommended that CJA Panel Counsel Marc Days be re-appointed to assist Mr. Shaw.

Dated: October 29, 2018

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court above, CJA Panel Counsel Marc Days is hereby re-appointed pursuant to 18 U.S.C. § 3006A.

Dated: ~~October~~ Nov. 2, 2018

HON. BARBARA A. McAULIFFE
United States Magistrate Judge

"Attorney"

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev 11/11)

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: U.S. v. Shaw
FOR AT: NOV 02 2018 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

PERSON REPRESENTED: Yassin Ali Shaw

☒ 1. Defendant - Adult
☐ 2. Defendant - Juvenile
☐ 3. Appellant
☐ 4. Probation Violator
☐ 5. Supervised Release Violator
☐ 5. Habeas Petitioner
☐ 7. 2255 Petitioner
☐ 8. Material Witness
☐ 9. Other (Specify)

LOCATION NUMBER: 

DOCKET NUMBERS
Magistrate Judge:
District Court: 1:11cr0133-LJO
Court of Appeals:

CHARGE/OFFENSE: ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Self-Employed
- Name and address of employer: Edison Market 12301 Edison Hwy, CA 93220
- IF YES, how much do you earn per month? $4,000.00
- IF NO, give month and year of last employment? How much did you earn per month? $
- If married, is your spouse employed? ☐ Yes ☒ No
- IF YES, how much does your spouse earn per month? $
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ 0

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

RECEIVED: $ ____
SOURCES: ____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, total amount? $2,000.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☐ Single
☒ Married
☐ Widowed
☐ Separated or Divorced

Total No. of Dependents: 

List persons you actually support and your relationship to them:
Iftikar Shaw Wife, Ali Y. Shaw son, Maged Y. Shaw son, Wafaa Y. Shaw, Adam Y. Shaw son

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| House Rent | $1,400.00 | $1,400.00 |
| Loan | $132,000.00 | $195.00 |
| Car payment 2018 Jeep Cherokee Value $18,000 | $20,200.00 | $447.00 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 10/31/18

p.1

Oct 31 18 12:59p

Yassin A. Shaw          Att: Connie

| Debts & Monthly Bills | | Total Debts | Monthly Payment |
|---|---|---|---|
| | Insurance for Car | | $265.00 |
| | ~~Stephens~~ PG&E | | $200.00 |
| | Water Bill | | $120.00 |
| | Credit Card | $10,000 | $50.00 |
| | CSUB Owed | $1,900 | $300.00 |
| | Gas for Car | | $400.00 |

Signature: [signed]          Date: 10/31/18